ALLERGAN, INC., Plaintiff–Appellant,

and

Murray A. Johnstone, M.D. and Duke University, Plaintiffs,

v.

ATHENA COSMETICS, INC., Pharma Tech International, Inc., and Northwest Cosmetic Laboratories, Inc., Defendants–Appellees,

and

Cosmetic Alchemy, LLC, Defendant–Appellee,

and

Nutra–Luxe M.D., Defendant,

and

Stella International, LLC, Product Innovations, LLC, Movants–Appellees,

and

Metics, LLC, Movant,

and

Peter Thomas Roth, Inc. and Peter Thomas Roth Labs LLC, Defendants–Appellees,

and

Lifetech Resources, LLC and Rocasuba, Inc., Defendants–Appellees,

and

Global MDRX, Cosmetic Technologies, Inc., DMI, LA Canada Ventures Inc., and Susan F. Lin, M.D., Defendants.

No. 2010–1394.

United States Court of Appeals,

Before SCHALL, Circuit Judge.

## ON MOTION

## ORDER

Allergan, Inc. moves for summary reversal or, in the alternative, for expedited treatment. Lifetech Resources, LLC et al. oppose. Athena Cosmetics, Inc. et al., Peter Thomas Roth, Inc. et al., Cosmetic Alchemy, LLC, and Stella International, LLC et al. oppose.* Allergan replies.

Allergan has not shown that it is entitled to the relief it seeks. Allergan should include arguments concerning the merits of the case in its briefs.

Accordingly,

It Is Ordered That:

The motion is denied. The appellees should calculate the due date for their briefs from the date of filing of this order.

---

\* Athena et al.'s opposition indicates that it is also submitted on behalf of Metics, LLC. However, counsel for Metics has not entered an appearance. If Metics intends to participate in this appeal, counsel should enter an appearance promptly.